UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY

In Re: JAMES D. HOLDER                                                                                   Case No:
                                                                                                                              20-32218

## CHAPTER 13 TRUSTEE'S MOTION FOR A STATUS CONFERENCE

   Comes the Chapter 13 Trustee, William W. Lawrence, pursuant to 11 U.S.C. 105(d), and moves the Court to set a status conference in this case. This status conference is necessary to further the expeditious and economical resolution of this confirmed Chapter 13 case. In support of this Motion, the Chapter13 Trustee states that the purpose of this status conference is the following:

  NEED TO ADDRESS DEFICIENCY CLAIM 40

  WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court set a Status Conference in this case.

                                                                                                    */s/William W. Lawrence*
                                                                                                    William W. Lawrence,Trustee
                                                                                                    200 S. Seventh St., Suite 310
                                                                                                    Louisville, KY 40202